UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

JERMAINE COOPER,

                                                            **NOTICE OF APPEARANCE**

                               Plaintiff,

                   -against-                           24 Civ. 07986 (NRB)

THE CITY OF NEW YORK, et al.,

                                   Defendants.

------------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that **Bailey Forcier**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for defendant the City of New York.

Dated: New York, New York
         November 4, 2024

                                         **MURIEL GOODE-TRUFANT**
                                         Acting Corporation Counsel of the City of New York
                                         *Attorney for Defendant City of New York*
                                         100 Church Street
                                         New York, New York 10007
                                         Tel: (212) 356-5054
                                         bforcier@law.nyc.gov

                                         Respectfully submitted,

                                         /s/ *Bailey Forcier*
                                         Bailey Forcier
                                         *Assistant Corporation Counsel*

cc:     All counsel of record (via ECF)