# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24-cv-07986-NRB

Cooper v. City Of New York et al  
Assigned to: Judge Naomi Reice Buchwald  
Cause: 42:1983vp Violation of Due Process and Equal Protection

Date Filed: 10/21/2024  
Jury Demand: Both  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Jermaine Cooper** represented by **Gabriel Paul Harvis**  
Elefterakis, Elefterakis & Panek  
80 Pine Street  
38th Floor  
10005  
New York, NY 10005  
212-532-1116  
Email: gharvis@eeplaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael Gluck**  
Elefterakis, Elefterakis & Panek  
80 Pine Street  
Ste 38th Floor  
New York, NY 10005  
917-992-1714  
Email: mgluck@eeplaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City Of New York** represented by **Bailey Forcier**  
New York City Law Department  
100 Church Street  
Room 3-152  
New York  
New York, NY 10007  
212-356-5054  
Email: bforcier@law.nyc.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Lesser**

**Defendant**

**John Nugent**

**Defendant**

**Jane Buckle** represented by **Christopher John Byrne**  
NYS Office of The Attorney General

28 Liberty Street
NY, NY 10005
212-416-8687
Email: christopher.byrne@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Hernandez**

**Defendant**

**John Hernandez**

**Defendant**

**Enyer Terrero**

**Defendant**

**John Maturine**

**Defendant**

**Billy Valerio**

**Defendant**

**Emre Guven**

**Defendant**

**Anthony Amirally**

**Defendant**

**Sufraz Syed**

**Defendant**

**John Soler**

**Defendant**

**John Estevez**

**Defendant**

**John and Jane Doe 1-10**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/2024 | 1 | NOTICE OF REMOVAL from New York State, County of New York. Case Number: 158349/2024..Document filed by Jody-Ann Buckle. (Attachments: # 1 Affidavit Summons and Complaint, # 2 Affidavit of Service Jody-Ann Buckle, # 3 Affidavit Answer and Discovery Demands, # 4 Affidavit of Service Emre Guven, # 5 Affidavit of Service Anthony Amirally, # 6 Affidavit of Service City of New York, # 7 Affidavit of Service Jose Hernandez, # 8 Affidavit of Service John Nugent, # 9 Affidavit of Service Sufraz Syed).(Byrne, Christopher) (Entered: 10/21/2024) |
| 10/21/2024 | 2 | **FILING ERROR - PDF ERROR -** CIVIL COVER SHEET filed..(Byrne, Christopher) Modified on 10/22/2024 (pc). (Entered: 10/21/2024) |
| 10/22/2024 |   | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Naomi Reice Buchwald. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and |

| | | |
|---|---|---|
| | | review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions. (pc) (Entered: 10/22/2024) |
| 10/22/2024 | | Magistrate Judge Henry J. Ricardo is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (pc) (Entered: 10/22/2024) |
| 10/22/2024 | | Case Designated ECF. (pc) (Entered: 10/22/2024) |
| 10/22/2024 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Christopher John Byrne. The party information for the following party/parties has been modified: Jody-Ann Buckle, CITY OF NEW YORK. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error; party name was entered in all caps;. (pc)** (Entered: 10/22/2024) |
| 10/22/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Christopher John Byrne re: Document No. 1 Notice of Removal,,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; Add John and Jane Done 1-10 to CM ECF. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents... (pc)** (Entered: 10/22/2024) |
| 10/22/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Christopher John Byrne to RE-FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): civil cover sheet was not signed, office was not selected;. Re-file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. (pc)** (Entered: 10/22/2024) |
| 10/22/2024 | | ADD PARTY FOR PLEADING. Defendants/Respondents Jane Buckle, Anthony Amirally, City Of New York, Jermaine Cooper, John Estevez, Emre Guven, John Hernandez, Jose Hernandez, Michael Lesser, John Maturine, John Nugent, John Soler, Sufraz Syed, Enyer Terrero, Billy Valerio, John and Jane Doe 1-10 added. Party added pursuant to 1 Notice of Removal,,.Document filed by Jane Buckle. Related document: 1 Notice of Removal,,..(Byrne, Christopher) (Entered: 10/22/2024) |
| 10/22/2024 | 3 | CIVIL COVER SHEET filed..(Byrne, Christopher) (Entered: 10/22/2024) |
| 10/23/2024 | 4 | NOTICE OF APPEARANCE by Michael Gluck on behalf of Jermaine Cooper..(Gluck, Michael) (Entered: 10/23/2024) |
| 10/25/2024 | 5 | FIRST LETTER addressed to Judge Naomi Reice Buchwald from Christopher J. Byrne dated October 25, 2024 re: Extension of time to Answer. Document filed by Jane Buckle..(Byrne, Christopher) (Entered: 10/25/2024) |
| 10/29/2024 | 6 | MEMO ENDORSEMENT on re: 5 Letter Extension of time to Answer. filed by Jane Buckle. ENDORSEMENT: Application granted. The deadline to respond to the Complaint is extended to December 27, 2024. SO ORDERED., (Anthony Amirally answer due 12/27/2024; City Of New York answer due 12/27/2024; John Estevez answer due 12/27/2024; Emre Guven answer due 12/27/2024; John Hernandez answer due 12/27/2024; Jose Hernandez answer due 12/27/2024; Jane Buckle answer due 12/27/2024; Michael Lesser answer due 12/27/2024; John Maturine answer due 12/27/2024; John Nugent answer due 12/27/2024; John Soler answer due 12/27/2024; Sufraz Syed answer due 12/27/2024; Enyer Terrero answer due 12/27/2024; Billy Valerio answer due 12/27/2024.) (Signed by Judge Naomi Reice Buchwald on 10/29/24) (yv) (Entered: 10/29/2024) |
| 10/31/2024 | 7 | LETTER addressed to Judge Naomi Reice Buchwald from Bailey Forcier dated October 31, 2024 re: Respectfully Requesting that the Court Remand this Matter. Document filed by City Of New York..(Forcier, Bailey) (Entered: 10/31/2024) |
| 11/04/2024 | 8 | NOTICE OF APPEARANCE by Bailey Forcier on behalf of City Of New York..(Forcier, Bailey) (Entered: 11/04/2024) |
| 11/14/2024 | 9 | NOTICE OF APPEARANCE by Gabriel Paul Harvis on behalf of Jermaine Cooper..(Harvis, Gabriel) (Entered: 11/14/2024) |