```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
JERMAINE COOPER,

                Plaintiff,                    O R D E R

        - against -                        24 Civ. 7986(NRB)

CITY OF NEW YORK, JOHN NUGENT,
JOSE HERNANDEZ, ENYER TERRERO,
BILLY VALERIO, ANTHONY AMIRALLY,
EMRE GUVEN, SUFRAZ SYED, MICHAEL
LESSER, "JANE" BUCKLE, "JOHN"
ESTEVEZ,   "JOHN"   HERNANDEZ,
"JOHN" MATURINE, "JOHN" SOLER,
and JOHN and JANE DOE 1-10,

                Defendants.
---------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on or about September 10, 2024, plaintiff Jermaine Cooper brought a civil action against defendants in the Supreme Court of the State of New York, New York County, Index No. 158349/2024, ECF No. 1-1; and

**WHEREAS** on October 21, 2024, defendant Jody-Ann Buckle ("Buckle"), through her attorney, filed a notice of removal from the Supreme Court of the State of New York, New York County pursuant to 28 U.S.C. §§ 1441, 1446, and Rule 81(c) of the Federal Rules of Civil Procedure, ECF No. 1; and

**WHEREAS** on October 31, 2024, defendant City of New York (the "City") filed a letter stating that the City did not provide its consent to removal and requesting that the Court remand the action

to the Supreme Court of the State of New York, New York County, ECF No. 7; and

**WHEREAS** on November 14, 2024, plaintiff filed a Motion to Remand the action to the Supreme Court of the State of New York, New York County on the grounds that it was improperly removed without consent of all defendants, ECF No. 10, and sought leave to file a post-remand motion for costs pursuant to 28 U.S.C. § 1447(c); and

**WHEREAS** on November 15, 2024, defendant Buckle, through her attorney, filed a letter consenting to remand the action to the Supreme Court of the State of New York, New York County, ECF No. 13; it is hereby

**ORDERED** that this case is remanded to the Supreme Court of the State of New York, New York County; and

**ORDERED** that plaintiff's application for leave to file a post-remand motion for costs pursuant to 28 U.S.C. § 1447(c) is denied; and

**ORDERED** that the Clerk of Court is directed to effectuate the remand to the Supreme Court of the State of New York, New York County and close the motion pending at ECF No. 10.

Dated:   November 20, 2024
         New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE